Michael E. Sayer, Esq. State Bar No. 141038
Debt Recovery Attorneys
17595 Harvard, Suite C-557          JS-6
Irvine, CA 92614
Tel. (949) 292-3511
Dra@dracollections.com

Attorneys for Plaintiff PRIORITY RESTORATION, INC.,
DBA PAUL DAVIS EMERGENCY SERVICES OF EAST ANAHEIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Priority Restoration, Inc., Dba Paul Davis Emergency Services Of East Anaheim, | CASE NO: 5:18-CV-01722-MWF-SP |
| Plaintiff, | ORDER RE STIPULATION FOR REMAND |
| v. | |
| Mauricio Nieto, PNC Bank National Association, A Corporation, Select Portfolio Servicing, Inc., American Security Insurance Company, Standing Stone Real Estate, Inc., Nelson Alvarado, And Does 1 To 5, | |
| Defendants. | |

The Court having received the signed stipulation by counsel for the parties having appeared in the action, PNC Bank National Association, Select Portfolio Servicing, Inc., American Security Insurance Company, and having considered the

- 1 -
ORDER RE STIPULATION FOR REMAND

pleadings, documents, and minute orders of the instant case, and good cause therefore appearing to the satisfaction of this Court it is hereby Ordered:

The above captioned matter is hereby ordered remanded to the Superior Court of San Bernardino, California, Case No. CIVDS1806373.

It is so Ordered,

Dated: September 24, 2018__  

_____  
The Honorable Michael Fitzgerald

# CERTIFICATE OF SERVICE

I hereby certify that on 9/24/2018, I electronically filed the foregoing

[PROPOSED] ORDER RE STIPULATION FOR REMAND with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorneys:

| Attorney for Plaintiff | For Defendant: Select Portfolio Servicing, I |
|---|---|
| Michael E. Sayer, Esq. State Bar No. 141038<br>Debt Recovery Attorneys<br>17595 Harvard, Suite C-557<br>Irvine, CA 92614<br>Tel. (949) 292-3511<br>Dra@dracollections.com | McGLINCHEY STAFFORD<br>Adam S. Hamburg<br>Allison O. Chua<br>18201 Von Karman Avenue, Suite 350<br>Irvine, California 92612<br>Telephone: (949) 381-5900<br>Facsimile: (949) 271-4040<br>Email: ahamburg@mcglinchey.com<br>achua@mcglinchey.com |
| For Defendant: American Security Insurance Company<br><br>Raymond J. Tittmann (SBN 191298)<br>Edward J. Valdespino (SBN 272754)<br>WARGO FRENCH LLP<br>601 S. Figueroa St., Ste. 4625<br>Los Angeles CA 90017<br>Telephone: 310.853.6300<br>Facsimile: 310.853.6333<br><br>Email evaldespino@wargofrench.com | |

Dated: 9/21/18 _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28